BARRY J. PORTMAN
Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RODRIGUEZ-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00228 LHK |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) ) | |
| FAUSTO RAMON RODRIGUEZ-CHAVEZ, | ) ) ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for, December 21, 2011 at 10:00 a.m., to February 8, 2012, at 10:00 a.m.  The reason for the continuance is defense counsel's unavailability because of a recent death in defense counsel's family, and continuity of counsel.

The parties further agree and stipulate that time should be excluded from and including December 21, 2011, through and including February 8, 2012, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested exclusion of time will serve the interest of justice and outweigh the interest of the public and defendant in a speedy trial.

Stipulation and [Proposed] Order
No. CR 11-00228 LHK                                        1

1    IT IS SO STIPULATED.

2  Dated: December 14, 2011

3                                    /s/
     MANUEL ARAUJO
     Assistant Federal Public Defender

4  Dated: December 14, 2011

5                                    /s/
     ANN MARIE URSINI
     Special, Assistant United States Attorney

6

7            **[~~PROPOSED~~] ORDER**

8    GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY

9  ORDERED that the status conference hearing in the above-captioned matter shall be continued

10 from December 21, 2011, at 10:00 a.m., to February 8, 2012, at 10:00 a.m.

11   THE COURT FINDS that failing to exclude the time between December 21, 2011, and

12 February 8, 2012, would unreasonably deny the defendant's continuity of counsel, and would

13 unreasonably deny counsel the reasonable time necessary for effective preparation, taking into

14 account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

15   THE COURT FURTHER FINDS that the ends of justice served by excluding the time

16 between December 21, 2011, and February 8, 2012, from computation under the Speedy Trial

17 Act outweigh the interests of the public and the defendant in a speedy trial.

18   THEREFORE, IT IS HEREBY ORDERED that the period of delay from December 21,

19 2011, through and including February 8, 2012, be excluded for purposes of Speedy Trial Act

20 computations pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and

21 3161(h)(7)(B)(iv).

22   IT IS SO ORDERED.

23 Dated: December __15__, 2011

24                                    _/s/ Lucy H. Koh_
     HONORABLE LUCY H. KOH
     United States District Judge

25

26

Stipulation and [~~Proposed~~] Order
No. CR 11-00228 LHK                    2