GEOFFREY HANSEN
Acting Federal Public Defender
MANUEL U. ARAUJO
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant RODRIGUEZ-CHAVEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00228 LHK |
| Plaintiff, | ) ) ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| v. | ) ) | |
| FAUSTO RAMON RODRIGUEZ-CHAVEZ, | ) ) ) | |
| Defendant. | ) | |

   Defendant and the government, through their respective counsel, subject to the court's approval, hereby stipulate that the Court continue the status hearing in the above-captioned matter, presently scheduled for, April 4, 2012 at 9:00 a.m., to April 18, 2012, at 9:00 a.m.  The reason for the continuance is defense counsel's is continuing to investigate mitigating evidence which must be reviewed by the prosecution in connection with plea negotiations.

   The parties further agree and stipulate that time should be excluded from and including April 4, 2012 , through and including April 18, 2012, to provide counsel reasonable time to prepare, pursuant to Speedy Trial Act, 18 U.S.C. §3161(h)(7)(A) and (B)(iv).  Accordingly,

///

1  the United States and the defendant agree that granting the requested exclusion of time will serve
2  the interest of justice and outweigh the interest of the public and defendant in a speedy trial.
3     IT IS SO STIPULATED.
4  Dated: March 30, 2012

                                          /s/
5                                    MANUEL ARAUJO
                                  Assistant Federal Public Defender
6  Dated: March 30, 2012

                                          /s/
7                                    ANN MARIE URSINI
                                  Special, Assistant United States Attorney
8

9                          [~~PROPOSED~~] ORDER

10    GOOD CAUSE APPEARING, and by stipulation of the parties, IT IS HEREBY
11  ORDERED that the status conference hearing in the above-captioned matter shall be continued
12  from April 4, 2012, at 9:00 a.m., to April 18, 2012, at 9:00 a.m.
13    THE COURT FINDS that failing to exclude the time between April 4, 2012, through and
14  including April 18, 2012, ~~would unreasonably deny the defendant's continuity of counsel, and~~  *LHK*
15  would unreasonably deny counsel the reasonable time necessary for effective preparation, taking
16  into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).
17    THE COURT FURTHER FINDS that the ends of justice served by excluding the time
18  between April 4, 2012, through and including April 18, 2012, from computation under the
19  Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.
20    THEREFORE, IT IS HEREBY ORDERED that the period of delay from April 4, 2012,
21  through and including April 18, 2012, is excluded for purposes of Speedy Trial Act computations
22  pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).
23    IT IS SO ORDERED.
24  Dated: __4/2__, 2012

                                              /s/ Lucy H. Koh
25                                    HONORABLE LUCY H. KOH
                                  United States District Judge
26